United States District Court
Southern District of Texas
**ENTERED**
November 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY CYNTHIA MENDIOLA, | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:19-CV-601 |
| | § | |
| NANCY BERRYHILL, | § § | |
| Defendant. | § § | |

**ORDER**

The Court's Order adopting United States Magistrate Judge Stacy's Memorandum and Recommendation (Doc. #20) resolved all claims brought before the Court. Accordingly, this suit is dismissed.

It is so ORDERED.

NOV 1 2 2020
Date

The Honorable Alfred H. Bennett
United States District Judge